AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT



FILED
NOV 0 1 2007

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Victor Caballero Sanchez

**WAIVER OF INDICTMENT**

CASE NUMBER: 07-00694 JW

I, _Victor Caballero-Sanchez_, the above named defendant, who is accused of

_illegal reentry, in violation of 8 U.S.C. § 1326_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _11/1/07_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer