UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** 12/17/2007  
**Case No:** CR-07-694 JW  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Irene Rodriguez  
**U.S. Probation Officer:** N/A  
**Interpreter:** N/A  

## TITLE

U.S.A. v. Victor Cabellero-Sanchez ( C)

**Attorney(s) for Plaintiff(s):** Jeff Nedrow for Benjamin Kennedy  
**Attorney(s) for Defendant(s):** Lara Vinnard  

## PROCEEDINGS

Status/Trial Setting

## ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. The Court continued this matter to January 14, 2008 at 1:30 Pm for Setting/Disposition hearing. Time is excluded from December 17, 2007 through January 14, 2008 for continuity of counsel and for efforts to resolve this matter short of trial.

Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC: