SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BENJAMIN T. KENNEDY (CASBN 241350)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5059
   Facsimile:  (408) 535-5066
   Email: benjamin.t.kennedy@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) <br>                  ) <br>     Plaintiff,         ) <br>                  ) <br>    v.              ) <br>                  ) <br> VICTOR JAVIER CABELLERO-    ) <br> SANCHEZ,         ) <br>                  ) <br>     Defendant.     ) <br> ——————————————— ) | No.    CR 07-00694 JW <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM DECEMBER 17, 2007 TO JANUARY 14, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    The parties stipulate that the time between December 17, 2007 and January 14, 2008 is

excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the

requested continuance would unreasonably deny defense counsel reasonable time necessary for

effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree

that the ends of justice served by granting the requested continuance outweigh the best interest of

the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

//

18 U.S.C. §3161(h)(8)(A).


DATED: December 19, 2007              SCOTT N. SCHOOLS
                                      United States Attorney


                                         /s/
                                      _____
                                      BENJAMIN T. KENNEDY
                                      Assistant United States Attorney


                                         /s/
                                      _____
                                      LARA VINNARD
                                      Assistant Federal Public Defender

1

## <u>ORDER</u>

2   Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

3 ORDERS that the time between December 17, 2007 and January 14, 2008 is excluded under the

4 Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested

5 continuance would unreasonably deny defense counsel reasonable time necessary for effective

6 preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that

7 the ends of justice served by granting the requested continuance outweigh the best interest of the

8 public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The

9 court therefore concludes that this exclusion of time should be made under 18 U.S.C.

10 §3161(h)(8)(A).

11

12 IT IS SO ORDERED.

13 DATED:  _____

14         JAMES WARE
         UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28