UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 1/14/2008
**Case No:** CR-07-0694 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Clanton
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Victor Cabellero-Sanchez ( C)

**Attorney(s) for Plaintiff(s):** Benjamin Kennedy
**Attorney(s) for Defendant(s):** Lara Vinnard

## PROCEEDINGS

1. Disposition Hearing
2. Judgment and Sentencing

## ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. The Defendant plead guilty as to Count 1 of the Information. The plea agreement was executed in open court. The Defendant waived referral to the Probation Office for preparation of a presentence investigation report. The Court proceeded to immediate sentencing. The Court sentenced the Defendant as to Count 1 of the Information. The Defendant is committed to 18 months BOP custody, 3 years supervised release under the standard conditions and the Court imposed special condition; Defendant shall pay $100 Special Assessment.
The Court remanded the Defendant to the custody of the United States Marshal Service.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed/C. Escolano**
CC: